UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**MICHAEL GONZALEZ,**

                Plaintiff,

  - against --

**CORRECTION OFFICER PHILIP
ROUNDTREE and CORRECTION
OFFICER RICHARD LORDO,**
in their individual and official capacities
as Correction Officers employed by the State of New York,

                Defendants.
-----------------------------------------------------------X

**NOTICE OF
VOLUNTARY DISMISSAL**

10 CV 7502
[RWS]

       Plaintiff, Michael Gonzalez, by his attorney, ANDREW F. PLASSE, P.C., hereby

withdraws the above captioned action, pursuant to F.R.C.P. 41(a) (1), with prejudice, and

without any costs, expenses or fees against the defendants.

DATED: June 9, 2011
        New York, New York


ANDREW F. PLASSE
Attorney for the Plaintiff
Office and P.O. Address
352 7th Avenue
New York, NY 10001
[212] 695-5811

BY: _____
     ANDREW F. PLASSE [AP 3679)

ERIC SCHNEIDERMAN, Attorney General
WESLEY E. BAUMAN, Assistant A.G
Attorney for the Defendants
Office and P.O. Address
120 Broadway
New York, NY 10271
(212) 416-6296

BY _____
    WESLEY E. BAUMAN (WB    )


SO ORDERED:

_____
HON. ROBERT W. SWEET, U.S.D.J.